# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142615(17)

DOREEN JOSEPH,
        Plaintiff-Appellee,

v

A.C.I.A.,
        Defendant-Appellant.
_____

SC: 142615
COA: 302508
Macomb CC: 2009-005726-CK

      On order of the Chief Justice, the motion by defendant-appellant for extension of time for filing their brief is considered and the time for filing is extended to August 11, 2011.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 24, 2011

_____
Clerk